UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY I. GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:05CV01798 AGF |
| | ) | |
| ONEBEACON INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In light of Defendant's Memorandum to the Court consenting to remand,

**IT IS HEREBY ORDERED** that Plaintiff's motion to remand this case to the

Circuit Court of the City of St. Louis is **GRANTED**.  [Doc. #6]

Dated this 4th day of November, 2005.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE